1   Teresa S. Renaker, Cal. Bar No. 187800
    James P. Keenley, Cal. Bar. No. 253106
2   LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
    1330 Broadway, Suite 1800
3   Oakland, CA  94612
    Telephone: (510) 839-6824
4   Facsimile: (510) 839-7839
    trenaker@lewisfeinberg.com
5   jkeenley@lewisfeinberg.com

6   Attorneys for Plaintiff

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                    SAN FRANCISCO / OAKLAND DIVISION
10

11

12  SUSAN SCANDRETT,                     )   Case No. C09-02385 (EDL)
                                         )
13              Plaintiff,               )   **STIPULATION OF THE PARTIES TO**
                                         )   **CONTINUE THE INITIAL CASE**
14         vs.                           )   **MANAGEMENT HEARING;**
                                         )   **[PROPOSED] ORDER** AS MODIFIED
15  THE STANDARD INSURANCE COMPANY,      )
                                         )
16              Nominal Defendant,       )
                                         )
17  *and*                                )
                                         )
18  LONG TERM DISABILITY PLAN FOR        )
    EMPLOYEES OF FOUNDATION FOR          )
19  NATIONAL PROGRESS,                   )
                                         )
20              Defendant.               )
    ─────────────────────────────────   )
21
              **STIPULATION OF THE PARTIES TO CONTINUE THE INITIAL CASE**
22                          **MANAGEMENT HEARING**

23         WHEREAS, the initial case management hearing is currently calendared for 10:00 AM

24  on September 8, 2009; and,

25         WHEREAS, plaintiff's counsel will be traveling and unavailable on this date;

26         THE PARTIES HEREBY STIPULATE to continue the initial case management hearing

27  four weeks to 10:00 AM on October 6, 2009.

28

    [CASE. NO. C09-02385 (EDL)]                                           Page 1

Dated: August 5, 2009                    LEWIS, FEINBERG, LEE,
                                         RENAKER & JACKSON P.C.


                                 By:     /s/ James P. Keenley
                                         James P. Keenley
                                         Attorneys for Plaintiff


Dated: August 5, 2009                    BUCHANAN, ANGELI, ALTSCHUL &
                                         SULLIVAN LLP


                                 By:     /s/ Andrew M. Altshul
                                         Andrew M. Altshul
                                         Attorneys for Defendant


**[~~PROPOSED~~] ORDER**

   The Case Management Conference is set for 3:00 p.m. on October 6, 2009.  A case management
**IT IS SO ORDERED.**   conference statement shall be filed no later than September 29, 2009.

Date: August 7, 2009          By: _____
                                  THE HONORABLE ELIZABETH D. LAPORTE
                                  United States Magistrate

IT IS SO ORDERED

Judge Elizabeth D. Laporte

## CERTIFICATE OF SERVICE

This is to certify that on August 6, 2009, a copy of the foregoing was filed electronically and served by mail or hand delivery on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail or hand delivery to all parties that are unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ James P. Keenley
James P. Keenley

Copies to:

Andrew M. Altshul
BUCHANAN, ANGELI, ALTSCHUL & SULLIVAN LLP
321 SW 4th Ave., Suite 600
Portland, OR 97204
Phone: (503) 974-5015
Fax: (971) 230-0337
andrew@baaslaw.com