Teresa S. Renaker, Cal. Bar No. 187800
James P. Keenley, Cal. Bar. No. 253106
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
trenaker@lewisfeinberg.com
jkeenley@lewisfeinberg.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| SUSAN SCANDRETT,<br><br>   Plaintiff,<br><br>vs.<br><br>THE STANDARD INSURANCE COMPANY,<br><br>   Nominal Defendant,<br><br>*and*<br><br>LONG TERM DISABILITY PLAN FOR EMPLOYEES OF FOUNDATION FOR NATIONAL PROGRESS,<br><br>   Defendant. | Case No. C09-02385 (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE.** |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff SUSAN SCANDRETT, Defendant LONG TERM DISABILITY PLAN FOR EMPLOYEES OF FOUNDATION FOR NATIONAL PROGRESS, and Nominal Defendant THE STANDARD INSURANCE COMAPNY, by and through their respective attorneys of record, hereby stipulate that this matter be dismissed with prejudice, each party to bear its own costs of suit and attorneys' fees.

//

//

[CASE. NO. C09-02385 (EDL)]   Page 1

1 | Dated: January 4, 2010 | | Respectfully submitted,
---|---|---|---

LEWIS, FEINBERG, LEE,
RENAKER & JACKSON P.C.

By: /s/ James P. Keenley
James P. Keenley
Teresa S. Renaker
Attorneys for Plaintiff

Dated: January 4, 2010

BUCHANAN, ANGELI, ALTSCHUL & SULLIVAN LLP

By: /s/
Andrew M. Altshul
Attorneys for Defendant and Nominal Defendant

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: January 5, 2010

_____
HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

[CASE. NO. C09-02385 (EDL)]  Page 2